JUDGE CROTTY

07 CV 5914

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs <br><br> -v- <br><br> TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | Case No. <br><br><br> **Rule 7.1 Statement** |

JUN 2 1 2007
U.S.... S.D.N
CASHIERS

## TEVA PHARMACEUTICAL INDUSTRIES LTD.'S AND TEVA PHARMACEUTICAL USA, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Teva Pharmaceuticals USA, Inc. ("Teva USA") is wholly-owned by Orvet UK Unlimited ("Orvet UK"), which is wholly-owned by Teva Pharmaceuticals Europe B.V. ("Teva Europe"), which is wholly-owned by Teva Pharmaceutical Industries Ltd. ("Teva Israel"), a publicly-traded company. No publicly held corporation owns 10% or more of Teva Israel's stock.

AO 1718632.1

SUTHERLAND ASBILL & BRENNAN LLP

_____
Jennifer Moore (JM5729)
   Jennifer.moore@sablaw.com
Lawrence A. Dany, III (LD9713)
   Larry.dany@sablaw.com
1114 Avenue of the Americas
40th Floor
New York, New York  10036
Phone: (212) 389-5000

Attorneys for Plaintiffs
Teva Pharmaceutical Industries Ltd. and
Teva Pharmaceuticals USA, Inc.

Dated:  June 21, 2007

AO 1718632.1