IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiffs <br><br> v. <br><br> TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | Civil Action No. 1:07-cv-5914 (PAC) <br><br> USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: OCT 2 2 2007 |

## ORDER FOR EXTENSION OF TIME FOR SERVICE OF COMPLAINT

WHEREAS, Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively "Teva") and Defendants Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries Ltd. (collectively "Taro") are engaged in settlement negotiations to resolve this matter without the need of further litigation;

WHEREAS, the 120-day deadline for service of the Complaint set forth in Rule 4(m) is Friday, October 19, 2007; and

WHEREAS, Teva believes that an additional 30 days will provide the parties the opportunity to settle this matter and to avoid any unnecessary expense in service of the Complaint.

IT IS ON THIS 22ND DAY OF October , 2007

ORDERED that deadline of service of the Complaint in this matter be extended for 30 days until and including Monday, November 19, 2007.

*[signature]*

Hon. Paul A. Crotty
United State District Judge



Sutherland
■ Asbill & ■
Brennan LLP
ATTORNEYS AT LAW

1114 Avenue of the Americas
40th Floor
New York, NY 10036
212.389.5000
fax 212.389.5099
www.sablaw.com

JENNIFER MOORE
DIRECT LINE: 212-389-5065
E-mail: jennifer.moore@sablaw.com

October 19, 2007

**VIA E-MAIL**

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    **Teva Pharmaceutical Industries Ltd. & Teva Pharmaceuticals USA, Inc. v. Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries Ltd., Case No. 1:07-cv-5914 (PAC)**

Dear Judge Crotty:

      We represent the plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. ("Teva") in the above-referenced matter against Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries Ltd. ("Taro"). We write to respectfully request that the Court enter the enclosed proposed order for a 30-day extension of plaintiffs' time to serve the Complaint, pursuant to Fed.R.Civ.P. 4(m). This is Teva's first request for such an extension.

      This action is filed by Teva alleging infringement of certain patents owned by Teva covering processes for the manufacture of the drug compound carvedilol, and also various forms of this drug. Teva and Taro are currently engaged in negotiations that may resolve this matter without the need for further litigation.

      The 120-day deadline for service of the Complaint is October 19, 2007. Teva respectfully requests a 30-day extension of that deadline, until November 19, 2007, to provide

Hon. Paul A. Crotty
October 16, 2007
Page 2

the parties the opportunity to settle this matter and therefore obviate the need for service of the Complaint. Accordingly, Teva respectfully submits that good cause exists for this extension under Rule 4(m), and requests that Your Honor enter the enclosed order on the docket.

    We thank the Court for its consideration of this request.

Respectfully,

Jennifer Moore

JM/ns
Enclosure