IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 0 2007
```

TEVA PHARMACEUTICAL INDUSTRIES )
LTD. and TEVA PHARMACEUTICALS )
USA, INC., )
                                                       )
     Plaintiffs                 )    Civil Action No. 1:07-cv-5914 (PAC)
                                                       )
v.                                                      )
                                                      )
TARO PHARMACEUTICALS U.S.A., INC.  )
and TARO PHARMACEUTICAL          )
INDUSTRIES LTD.,                         )

     Defendants.

## ORDER FOR EXTENSION OF TIME FOR SERVICE OF COMPLAINT

WHEREAS, Plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively "Teva") and Defendants Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries Ltd. (collectively "Taro") have been engaged in settlement negotiations and have agreed upon terms to settle this matter without the need of further litigation;

WHEREAS, Teva and Taro are in the process of finalizing the settlement agreement based on the agreed upon terms;

WHEREAS, the 120-day deadline for service of the Complaint set forth in Rule 4(m) initially ended on October 19, 2007;

WHEREAS, the Court granted Teva a 30-day extension of time to serve the complaint extending the deadline for service of the complaint until and including November 19, 2007;

AO 1806385.1

WHEREAS, the Court granted Teva a second 30-day extension of time to serve the complaint extending the deadline for service of the complaint until and including December 19, 2007; and

WHEREAS, Teva believes that an additional 7 days will provide the parties the opportunity to finalize settlement of this matter and to avoid any unnecessary expense in service of the Complaint.

IT IS ON THIS 20th DAY OF December, 2007

ORDERED that deadline of service of the Complaint in this matter be extended for 7 days until and including December 26, 2007.

_____
Hon. Paul A. Crotty
United State District Judge



**Sutherland
Asbill &
Brennan LLP**
ATTORNEYS AT LAW

1114 Avenue of the Americas
40th Floor
New York, NY 10036
212.389.5000
fax 212.389.5099
www.sablaw.com

LAWRENCE A. DANY III
DIRECT LINE: 212-389-5038
E-mail: larry.dany@sablaw.com

December 19, 2007

**VIA E-MAIL**

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    Teva Pharmaceutical Industries Ltd. & Teva Pharmaceuticals USA, Inc.
               v. Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries
               Ltd., Case No. 1:07-cv-5914 (PAC)

Dear Judge Crotty:

      We represent the plaintiffs Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. ("Teva") in the above-referenced matter against Taro Pharmaceutical, U.S.A., Inc. and Taro Pharmaceutical Industries Ltd. ("Taro"). We write to respectfully request that the Court enter the enclosed proposed order for a 7-day extension of plaintiffs' time to serve the Complaint, pursuant to Fed.R.Civ.P. 4(m).

      The parties have agreed upon terms to settle this matter and are in the process of finalizing the settlement agreement with signatures of the parties. We believe that this matter will be shortly settled and dismissed without the need for any further litigation.

      The 120-day deadline for service of the complaint pursuant to Rule 4(m) initially ended on October 19, 2007. The Court granted Teva's requests for two 30-day extensions of time, which extended the time to serve the complaint until and including December 19, 2007.

Atlanta   ■   Austin   ■   Houston   ■   New York   ■   Tallahassee   ■   Washington, DC

Hon. Paul A. Crotty
October 16, 2007
Page 2

      Teva respectfully requests a 7-day extension of time, until December 26, 2007, to provide the parties the opportunity to finalize settlement of this matter. Accordingly, Teva respectfully submits that good cause exists for this extension under Rule 4(m), and requests that Your Honor enter the enclosed order on the docket.

      We thank the Court for its consideration of this request.

                                      Respectfully,

                                      Lawrence A. Dany III

/ns
Enclosure
cc:    All Counsel (via e-mail)