IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 1:07-cv-5914 (PAC) |
| v. | ) ) | |
| TARO PHARMACEUTICALS U.S.A., INC. and TARO PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Defendants. | | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs hereby dismiss the above-captioned action without prejudice.

                                                **SUTHERLAND ASBILL & BRENNAN LLP**

Dated: January 7, 2008

                                  /s/ Lawrence A. Dany III
                                  1114 Avenue of the Americas
                                  40th Floor
                                  New York, New York 10036
                                  (212) 389-5000

                                  999 Peachtree Street NE
                                  Atlanta, Georgia  30309
                                  Phone: (404) 853-8000
                                  Fax:   (404) 853-8806
                                  John L. North
                                  Jeffrey J. Toney
                                  N.E.B. Minnear

                                  *Attorneys for Plaintiffs Teva Pharmaceutical*
                                  *Industries Ltd. And Teva Pharmaceuticals USA, Inc*

**CERTIFICATE OF SERVICE**

      I certify that on January 7, 2008, I filed the **Notice of Dismissal Without Prejudice** with the Clerk of Court. I also served the same via United States Postal Service as follows:

Mr. Daniel Saks
Vice President, Corporate Affairs
**Taro Pharmaceuticals U.S.A., Inc.**
5 Skyline Drive
Hawthorne, NY 10535
Fax: (914) 345-8727
Phone: (914) 345-9001

Mr. Aaron Levitt
Director and President
**Taro Pharmaceutical Industries Ltd**.
14 Hakitor Street, P.O. Box 10347
Haifa Bay 26110
Israel

                                         /s/ Lawrence A. Dany III____
                                         Lawrence A. Dany
                                         **SUTHERLAND ASBILL & BRENNAN**
                                         1114 Avenue of the Americas
                                         40th Floor
                                         New York, New York 10036
                                         (212) 389-5000